Michael Patrick Doyle (# 029400)
Patrick M. Dennis (#029533)
2633 E. Indian School Road, Suite 320
Phoenix, Arizona 85016
Phone:  (480) 447-2494
Fax:  (480) 685-5005
mdoyle@doylelawfirm.com
pdennis@doylelawfirm.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Castillo Robles,<br><br>Plaintiff,<br><br>v.<br><br>American Zurich Insurance Company, Sedgwick Claims Management Services, Inc., and Shelly Stephens,<br><br>Defendants. | Case No. CV-19-05863-PHX-DJH<br><br>**THIRD REQUEST FOR PRODUCTION TO DEFENDANTS AMERICAN ZURICH INSURANCE COMPANY, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and SHELLY STEPHENS** |

TO: DEFENDANTS AND THEIR ATTORNEY OF RECORD

Plaintiff Fernando Castillo Robles, by and through undersigned Counsel, requests Defendants American Zurich Insurance Company, Sedgwick Claims Management Services, Inc., and Shelly Stephens and their attorneys respond to the following requests for production, pursuant to the Federal Rules of Civil Procedure:

Exhibit C

## DEFINITIONS

1. "You" or "your" or "Defendant" means each party to whom these interrogatories are propounded, and includes, but is not limited to, any agents, employees, representatives, or attorneys for each party (excluding attorneys in the present action).

2. "Any," "every," "each" and "all" shall be read to be all inclusive, and to require the production of each and every document (as hereinafter defined) responsive to the particular Request for Production in which such terms appear.

3. The terms "and" and "or" and any other conjunctions or disjunctions used herein shall be construed in the manner necessary to make the Request inclusive rather than exclusive. Similarly, any term used in the singular shall include the plural of that term, when to do so renders this Request more inclusive.

4. "Person" means an individual, firm, corporation, association, organization or any other entity.

5. The terms "referring," "relating," "concerning," "pertaining to," or "evidencing," in addition to their ordinary and customary meanings, includes reporting on or with respect to, showing or indicating knowledge of, mentioning, constituting, consisting of, or in any manner referring to, either directly or indirectly.

6. When the term "document" is used, it refers to and includes all electronic media or other tangible forms in which information is stored and includes all written or graphic matter of every kind and description, however produced or reproduced, WHETHER DRAFT OR FINAL, original or reproduction, including, but not limited to abandonment, abstracts, addendums, acceptances, acknowledgements, advertisements, affidavits, affidavits of correction, agreements, amendments, appointment books, appraisals, assumption, authorizations, bids, bill of sale, books, books of account, bulletins, calendar pads, cancellations, change orders, chattels, checks, check requests, circulars, collateral assignments, consent, contracts, correspondence (sent or received), declarations, decrees, deeds, deeds of trust, defaults, depositions, desk calendars, diagrams, diaries, directives, disclaimers, disclosures, dismissals, drawings, easements, e-mails (sent and received), estimates, executions, facsimile transmission sheet, films, financial statements, general plans, give deeds, guarantees, hearings, homesteads, information statements, injunctions, instruments, interoffice communications, invoices, judgments, leases, ledgers, letters, levy, licenses, liens, Lis Pendens, logs, magazines, memoranda, memoranda of telephone conversations or personal conversations, memorandum of lease, microfilm, minutes of meetings, modifications, mortgages, motions, movies, newspaper articles, notes, notes of conversations (typed or written), notices, offers, orders, outlines, pamphlets, partial releases, partial reconveyances, partnership agreement, paper pamphlets, periodicals, petitions, photographs, plans, power of attorney, proposals, prospectuses, purchase agreements, offers, orders, ratification, receipts, reconveyances, recordings (whether or not transcribed), regulations, releases, renewals, reports, resolutions, riders, rules, sales orders, statements, stipulations, studies, submittals, subordinations, supplements, surveys, suspensions, tapes for visual or audio reproduction, telegrams, teletype messages, time sheets, transcripts, trusts, visual depiction, voucher, warranty, working papers or materials similar to any of the foregoing, however denominated, and including writings, drawings, graphs, charts, photographs, diagrams, estimates, data processing results, visual depiction, printouts and computations (both in existence and stored in memory components), and other compilations from which information can be obtained or translated, if necessary, through

detection devices into reasonable usable form.  THE TERM "DOCUMENT" INCLUDES ALL COPIES OF A DOCUMENT WHICH CONTAIN ANY ADDITIONAL WRITING, UNDERLINING, NOTES, DELETIONS, OR ANY OTHER MARKING OR NOTATIONS, OR ARE OTHERWISE NOT IDENTICAL COPIES OF THE ORIGINAL AND IS MEANT TO INCLUDE EVERY "WRITING", "RECORDING" and "PHOTOGRAPH."

7. "PERSON" includes individuals, associates of individuals, partnerships, joint-stock companies, corporations, or trustee or receiver of an individual, association of individuals, joint-stock company or corporation, and any other type of entity or institution, whether formed for business or any other purposes.

8. "PARTY" shall mean any party whomsoever to the dispute, and includes each party's agents, employees, attorneys, representatives, predecessors, successors, affiliates, partners, officers, directors, principals and any and all other persons acting or purporting to act on the party's behalf or under the party's control.  For purposes of the duty to supplement, the term also includes entities, which become parties subsequent to the date this request for documents is served.

9. "RELATING TO" and or "RELATES TO" means in whole or in part constituting, containing, concerning, embodying, reflecting, describing, analyzing, identifying, stating, referring to, or dealing with, or in any way pertaining to.

10. "CONCERNING" means, in whole or in part, directly or indirectly, referring to, relating to, connected with, commenting on, responding to, showing, describing, analyzing, reflecting, and constituting.

11. "COMMUNICATION" means the transmission, sending and/or receipt of information of any kind by or through any means, including but not limited to speech, writings, language (machine, foreign or otherwise), computer electronics of any kind (e.g., email), magnetic tape, videotape, photographs, graphs, symbols, signs, magnetic or optical disks, "floppy disks", CD-ROM disks, sound, radio or video signals, telecommunication, telephone teletype, facsimile, telegraph, microfilm, microfiche, photographic film of any type and other media of any kind.  The term "communication" also includes, without limitations all "records" (as hereafter defined) an all inquiries, discussions, conversations, negotiations, agreements, understandings, meetings, notices, requests, responses, demands, complaints, and press, publicity or trade releases.

12. "RECORD(S)" means all documents and writings of any kind, and all communications (as defined above) which are stored or retrievable or recorded in any manner, including originals and all non-identical copies whether different from the originals by notation made on such copies or otherwise, all drafts, alterations, modifications, changes and amendments, graphic or any electronic or mechanical records or representation of any kind, created during the period 1999 to present.  Any electronic records or computer data which may exist shall be produced in ASCii comma delimited to fixed length filed format and shall include all file, records, instructions, codes or other information necessary to retrieve the data.  Electronic data should be produced in Microsoft Access 95 or Microsoft Access 95, 97 or 2000 (MDB) formal, Dbase (DBF) format, Excel (xls) format or ASCii comma delimited or fixed length format (txt) and shall include all file, record and field format definitions and the instructions, codes or information necessary to retrieve the data.  Such electronic data should be provided on one of the following media. Zip disk, Jaz disk, CD-ROM or 3.5" floppy disk.

13. "DATE" means the exact date, month, and year, if ascertainable, or, if not, the best available approximation.

14. "DESCRIBE" and "IDENTIFY", when referring to a person, require statements of the following:
   a. The full name.
   b. The present or last known residential address.
   c. The present or last known residential and office telephone numbers.
   d. The present occupation, job title, employer, and employer's address at the time of the event or period referred to in each particular request.
   e. In the case of any person other than an individual, identify the officer, employee, or agent most closely connected with the subject matter of the request and identify the officer who is responsible for supervising that officer or employee.

15. "DESCRIBE" and "IDENTIFY", when referring to a document, are defined to require that you state the following:
   a. The nature (e.g., letter, handwritten note) of the document
   b. The title or heading that appears on the document
   c. The date of the document and the date of each addendum supplement, or other addition or change.
   d. The identity of the author and of the signer of the document, and of the person on whose behalf or at whose request or direction the document was prepared or delivered.
   e. The present location of the document, and the name, address, position, or title, and telephone number of the person or person having custody of the document.

16. The words "AND" and "OR" should be construed either conjunctively or disjunctively as required by the context to bring within the scope of these discovery requests any answer, response or document that might be deemed outside its scope by another construction.

17. "PERTAINS TO" or "PERTAINING TO" means relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, reflects, refutes, disputes, rebuts, controverts or contradicts.

18. Unless otherwise stated, the time period for all Discovery Requests is limited to 3 years before the incident in question to the present.

19. The Denial refers to the time period for which American Zurich Insurance Company, Sedgwick Claims Management Services Inc. and Shelly Stephens denied coverage for insurance benefits to Mr. Robles as outlined in Plaintiff's Complaint.

**REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS**

1. Shelly Stephens's employment application and the documents associated with her hiring by Sedgwick Claims Management, including but not limited to applications, resumes/CV, background checks, criminal background checks, adjuster licenses/certifications, and references.

2. The applications, renewals, correspondence, licenses/certifications, and documents regarding Shelly Stephens's adjuster licenses/certifications (including initial submittals and renewals) to adjust claims in Arizona, Colorado, Utah, and any other states where she currently holds or has previously held an adjuster license/certification.

3. The arrest records, investigation records, judicial/court records, conviction records, sentencing records, prison/incarceration records, parole records, and offender registration records for any arrest, charge, or conviction of Shelly Stephens.

**DOYLE LLP**
Attorneys for Plaintiff

MICHAEL PATRICK DOYLE
State Bar No. 029400
PATRICK M. DENNIS
State Bar No. 029533
2633 E. Indian School Road, Suite 320
Phoenix, Arizona 85016
Phone: (480) 447-2494
Fax: (480) 685-5005
service@doylelawfirm.com

ORIGINAL of the foregoing
Sent via e-mail this 19th day of
June, 2020 to:

Kelly Hedberg
Steven Mesaros
Renaud Cook Drury Mesaros, PA
One North Central, Ste. 900
Phoenix, Arizona 85004-4117

/s/ Patrick M. Dennis