**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Castillo Robles,<br><br>   Plaintiff,<br><br>v.<br><br>American Zurich Insurance Company, et al.,<br><br>   Defendants. | No. CV-19-05863-PHX-DJH<br><br>**ORDER** |

The Court, having reviewed the parties Joint Discovery Dispute (Doc. 47), rules as follows:

Plaintiff's Complaint alleges violations of Arizona's Worker' Compensation Act for denying him workers' compensation benefits. Plaintiff specifically alleges that Defendant Shelly Stephens aided and abetted Defendant Zurich and/or Sedgwick in its Breach of Duty of Good Faith and Fair Dealing because she was the claims adjuster handling his claim. (Doc. 1-3). At Defendant Stephen's deposition, Plaintiff sought her "response to a generic question about her criminal background" which resulted in Defendant terminating her deposition. (Doc. 47 at 1). Plaintiff seeks to resume that deposition and the Defendant has so agreed. (*Id.* at 3). Plaintiff further seeks Stephen's "personnel file, including her…criminal background checks." Plaintiff states that "disclosing a felony may have made her ineligible to obtain a license under Ariz.Rev.Stat. § 20-295" and that such information about her possible criminal background "go to her credibility." (*Id.*)

The Court is unclear why details of Defendant Stephen's criminal history are relevant to Plaintiffs claims as alleged in his Complaint.  Therefore, unless and until Plaintiff can explain to this Court why Defendant Stephen's criminal history is "is relevant to [his] claim or [Defendant's] defense and proportional to the needs of the case" pursuant to Federal Rule of Civil Procedure 26(b), or how it "has any tendency to make a fact more or less probable" or is a "fact…of consequence in determining the action" pursuant to Federal Rule of Evidence 401, such information need not be disclosed.  Finally, should additional expenses arise in continuing Defendant Stephens deposition, costs shall be paid for by Defendant.

Dated this 30th day of June, 2020.

_____
Honorable Diane J. Humetewa
United States District Judge